PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Roy Lee Washington

Crim. No.   4:22CR03011

On July 19, 2019 the above named was placed on probation/supervised release for a period of 60 Months. On October 12, 2022, Mr. Washington died from liver cancer. The probation officer has received and reviewed the death certificate. Therefore, it is recommended that he be formally discharged from supervision.

Respectfully submitted,

*Megan Davis*
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   8th   day of   November  , 20 22 .

*Richard G. Kopf*
Richard G. Kopf
Senior U.S. District Judge